IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE. § | |
| § | |
| CHRISTOPHER ALLEN GRUBBS § | CASE NO. 18-36672-H4-13 |
| § | |
| § | |
| DEBTOR(S) § | Chapter 13 |

### 1st AMENDED UNIFORM CHAPTER 13 PLAN

First Amended Uniform Chapter 13 Plan, Motion for Valuation, Plan Summary and Statistical Cover Sheet.

Date: February 9, 2018

                Respectfully submitted,
                **JESSE AGUINAGA,**
                **ATTORNEY AT LAW, P.C.**

                //s// Jesse Aguinaga

---

Jesse Aguinaga, State Bar No. 00798026
The Center, 8323 S.W. Frwy, Suite 670
Houston, Texas 77074
713/772-7986 - Phone;  713/772-7725 - Fax

**ATTORNEY FOR DEBTOR(S)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE. § | |
| § | |
| CHRISTOPHER ALLEN GRUBBS § | CASE NO. 18-36672-H4-13 |
| § | |
| § | |
| DEBTOR(S) § | Chapter 13 |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 9, 2019, a true and correct copy of the foregoing First Amended Uniform Chapter 13 Plan, Motion for Valuation, Plan Summary and Statistical Cover Sheet, was served by U.S. First Class mail and/or ECF on the U.S. Trustee, Standing Chapter 13 Trustee, Debtor(s), Parties at Interest and Parties requesting notice.

Respectfully submitted,
**JESSE AGUINAGA,**
**ATTORNEY AT LAW, P.C.**

//s// Jesse Aguinaga

Jesse Aguinaga, State Bar No. 00798026
The Center, 8323 S.W. Frwy, Suite 670
Houston, Texas 77074
(713)772-7986- Phone; ( 713)772-7725 - Fax

**ATTORNEY FOR DEBTOR(S)**